PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Ibrahim Karabatak     Cr.: 21-00677-001
    PACTS #: 5953601

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT B. KUGLER
                                            SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/13/2022

Original Offense:     Count One: Conspiracy to Export Defense Articles 18 U.S.C. § 371 [22 U.S.C. § 2778(a) and (c) & 18 U.S.C. § 554], a Class D Felony

Original Sentence: 12 months and 1 day imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Mental Health Treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/08/2023

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Frankfurt, Germany, from December 15, 2023, through December 24, 2023, for meetings and presentations with business partners. Mr. Karabatak is a partner in EFE Holdings, LLC, which is a general contracting and construction business that completes new construction and renovations. Mr. Karabatak is a fifty percent shareholder. He will be traveling alone. He advised the meetings will take place at an office located at Luftschiffer Str. 4 68307 Mannheim, Frankfurt, Germany.

Mr. Karabatak provided the following itinerary:

12/16/2023: Arrival and meeting with Oznur Gunay.
12/19/2023: Meeting with business partners
12/20/2023: Project presentation
12/22/2023: Meeting to answer prepared questions after presentation
12/23/2023: Final meeting for the partners' decision
12/24/2023: Return travel

Mr. Karabatak currently resides in Philadelphia, PA, and is supervised by the probation office in the Eastern District of Pennsylvania (ED/PA). The probation office in ED/PA reports that Mr. Karabatak is in full compliance with the terms of his supervised release and does not have any financial balances owed to the Court. The probation office in ED/PA also indicated that they do not object to this travel. Currently, Mr. Karabatak does not have a reserved hotel or airfare, as he is awaiting the permission of the Court to travel prior to purchasing. Mr. Karabatak would provide this information to his assigned officer when available.

Prob 12A – page 2
Ibrahim Karabatak

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   MATTHEW J. WEBER
Senior U.S. Probation Officer

/ mjw

APPROVED:

_____   11/17/23
ANTHONY STEVENS                              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Travel Approved (as recommended by the U.S. Probation Office)

☐ Travel Denied

☐ Travel Approved and all future travel requests be at the discretion of the Probation Office

☐ Other

_____
Signature of Judicial Officer

November 17, 2023
Date